**Dismiss and Opinion Filed June 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00494-CR

### TAMIE LINDLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F12-55817-I

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lang-Miers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140494F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAMIE LINDLEY, Appellant

No. 05-14-00494-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F12-55817-I.
Opinion delivered per curiam before Justices
Bridges, Francis, and Lang-Miers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered June 30, 2014